| | |
|---|---|
| 1 | EILEEN M. DECKER |
| | United States Attorney |
| 2 | DOROTHY A. SCHOUTEN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | ROBYN-MARIE LYON MONTELEONE |
| 5 | Assistant United States Attorney |
| | Chief, General Civil Section |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
| 8 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 9 |     San Francisco, CA  94105 |
| 10 |     Telephone: (415) 977-8825 |
| |     Facsimile: (415) 744-0134 |
| 11 |     Email: Jennifer.Tarn@ssa.gov |
| 12 | Attorneys for Defendant |

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN ALERICH, | ) | Case No. 5:16-cv-00714-KK |
|    Plaintiff, | ) | |
| | ) | **[PROPOSED] JUDGMENT** |
|    v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
|    Defendant. | ) | |
| | ) | |

-1-

1  The Court having approved the parties' stipulation to remand this case
2 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 entered for Plaintiff.



5
6 DATED: November 10, 2016   _____
7  HONORABLE KENLY KIYA KATO
  UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28